**ORDERED.**

**Dated: October 03, 2022**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re )<br>)<br>Kamran Liaquat Kurani, )<br>)<br>    Debtor. )<br>_____ )<br>)<br>Ascentium Capital, LLC, )<br>)<br>    Movant, )<br>)<br>v. )<br>)<br>Adrian Szakallas, )<br>)<br>    Respondent. )<br>_____ ) | Misc. Pro. No. 6:22-mp-00005-GER<br>Miscellaneous Proceeding |

**ORDER (1) GRANTING MOTION TO COMPEL**
**AND (2) FINDING ADRIAN SZAKALLAS IN CONTEMPT**

    This case came before the Court on October 3, 2022 at 9:30 a.m. (the "Hearing") upon the *Motion to Compel Non-Party Compliance with Subpoena and for Contempt* (the "Motion to Compel") (Doc. No. 1) and the Court's *Order to Show Cause* (the "Show Cause Order") (Doc. No. 2). For the reasons set forth herein, the Court finds Adrian Szakallas ("Szakallas") to be in contempt of Court.

This matter arises out of Kamran Liaquat Kurani's Chapter 7 bankruptcy case, which is pending in the U.S. Bankruptcy Court for the Northern District of Georgia. Ascentium Capital LLC ("Ascentium"), a creditor, filed a *Motion for an Order Authorizing Examination Under Bankruptcy Rule 2004 of Nondebtor Adrian Szakallas*.[1] On April 4, 2022, the Honorable Paul Bonapfel, U.S. Bankruptcy Court Judge for the Northern District of Georgia, entered an *Order Authorizing Bankruptcy Rule 2004 Examination of Adrian Szakallas*.[2] In the Motion to Compel, Ascentium stated it issued a Subpoena for Rule 2004 Examination requiring Szakallas to appear for an examination at Baker, Donelson, Bearman, Caldwell & Berkowitz, PC's Orlando office on August 17, 2022 at 10:00 a.m. Despite being personally served, Szakallas failed to appear. On September 2, 2022, the Court issued the Show Cause Order giving Szakallas until September 26, 2022 to file a written response and ordered that Szakallas appear for the Hearing. Szakallas failed to respond in writing or appear at the Hearing. At the Hearing, counsel for Ascentium represented that they have made multiple efforts to contact Szakallas, but Szakallas has been purposefully evading all contact.

As Szakallas has failed to comply with Judge Bonapfel's Order and this Court's order, the Court holds Szakallas in civil contempt of this Court. Accordingly, it is

**ORDERED**:

1.      The Motion to Compel (Doc. No. 1) is **GRANTED**.

2.      Adrian Szakallas is in civil contempt of this Court.

3.      Adrian Szakallas can purge herself of this finding of civil contempt by appearing at the rescheduled Rule 2004 Examination and producing the documents listed in Exhibit A to the Subpoena. Ascentium is directed to give at least 14 days' notice of the rescheduled Rule 2004

---

[1] *In re Kurani*, No. 22-50579-PWB (Bankr. N.D. Ga. Mar. 31, 2022), Doc. No. 17.
[2] *In re Kurani*, No. 22-50579-PWB (Bankr. N.D. Ga. Apr. 4, 2022), Doc. No. 20.

Examination, and serve such notice with a copy of this Order. Service of the notice and this Order may be effected by regular U.S. Mail, and U.S. Certified Mail, return receipt requested.

4. **Failure to appear at the rescheduled Rule 2004 Examination will result in the Court considering appropriate measures and sanctions aimed at coercing attendance, including, but not limited to, imposing monetary sanctions as well as issuing a bench warrant for the United States Marshals to take Adrian Szakallas into custody until she purges any finding of contempt.**

### # # #

Melissa A. Campbell is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this order.